SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  (Bar No. 99802 )
JOSEPH KOURI  (Bar No. 133804)
JOANNE CARLSON  (Bar No. 160898)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiffs Thomas Ernst, the National
League of Postmasters of the United States, and the
Postmasters Benefit Plan Trust, successor-in-interest to
the Postmasters Benefit Plan

**E-filed 9/15/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| UNITED STATES, *ex rel.* <br><br> THOMAS ERNST, an individual, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TENET HEALTHCARE CORPORATION, a Nevada corporation, , et al., <br><br> Defendants. <br><br> COMMUNITY HOSPITAL OF LOS GATOS, INC., <br><br> Counterclaimant, <br><br> V. <br> THOMAS ERNST, <br><br> Counterdefendant. | CASE NO. CV 03-00890 JF <br><br> **STIPULATION AND ORDER CONTINUING MOTION OF THOMAS ERNST TO DISMISS COUNTERCLAIM** |

The parties, Thomas Ernst, The National League of Postmasters of the United States, Inc., as sponsors of the National League of Postmasters Benefit Plan Trust, successor-in-interest to the Postmasters Benefit Plan, Tenet Healthcare Corporation, Tenet Healthsystem Hospitals, Inc.,

1  Tenet Healthsystem Healthcorp, and Community Hospital of Los Gatos, Inc., by and through
2  their counsel of record, agreed at a mediation session between the Parties on September 9, 2005
3  to stipulate to a continuance of the hearing on the **MOTION OF THOMAS ERNST TO**
4  **DISMISS COUNTERCLAIM,** presently set for September 19, 2005, to October 14, 2005, the
5  date of the next case management conference, in order to allow additional time for the Parties to
6  negotiate a possible settlement agreement.
7      Patric Hooper, counsel for Defendants, orally agreed to this stipulation and authorized
8  Plaintiffs' counsel to submit it to the Court.
9      Accordingly, the Parties respectfully request that this Court enter the following stipulation
10 as an order:
11     The hearing on the **MOTION OF THOMAS ERNST TO DISMISS**
12 **COUNTERCLAIM** shall be continued to October 14, 2005, to be heard at 9:00 a.m. in
13 Courtroom 3 in conjunction with the case management conference on calendar for that date.
14
15 DATED: September 12, 2005    SEDGWICK, DETERT, MORAN & ARNOLD LLP
16
17     By: _____/s/_____
18         Rebecca A. Hull
        Joseph Kouri
19         Joanne Carlson
        Attorneys for Plaintiffs Thomas Ernst,
20         the National League of Postmasters of the
        United States, Inc., as sponsor of the
21         Postmasters Benefit Plan Trust, successor-in-
22         interest to the Postmasters Benefit Plan
23
24     IT IS SO ORDERED.
25     DATED: 9/15/05 _____
26
27     By: /s/electronic signature authorized
       JUDGE OF THE U.S. DISTRICT COURT
28