1
2                                                    **E-filed 1/6/06**
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                              **SAN JOSE DIVISION**
11

| | |
|---|---|
| NATIONAL LEAGUE OF POSTMASTERS, | Case No. CV-03-890-JF |
| Plaintiff, | RENEWED ORDER OF DISMISSAL |
| v. | |
| TENET HEALTHCARE CORPORATION, Defendant. | |

The parties hereto, by their counsel, have advised the Court that they have agreed to a settlement of this case.  This Court issued a conditional Order of Dismissal dated September 26, 2005 allowing the parties 90 days to complete the agreed upon settlement.  The parties however have since advised the Court that the terms of the settlement have not been met and that they need additional time to complete the terms of the settlement agreement.  The Court will extend the time to complete the settlement for an additional 90 days.

ORDER OF DISMISSAL

1    IT IS HEREBY ORDERED that this cause be dismissed with
2 prejudice; however, that if any party hereto shall certify to
3 this Court, within ninety days, with proof of service of a copy
4 thereof, that the agreed consideration for said settlement has
5 not been delivered over, the foregoing ORDER SHALL STAND VACATED
6 and this cause shall forthwith be restored to the calendar to be
7 set for trial.

10 DATED: 1/6/06                          /s/electronic signature

                                         _____
                                         JEREMY FOGEL
12                                       United States District Judge

ORDER OF DISMISSAL