**E-filed 5/18/06**

1    SEDGWICK, DETERT, MORAN & ARNOLD LLP
     JOSEPH KOURI  (Bar No. 133804)
2    801 South Figueroa Street, 18th Floor
     Los Angeles, California 90017-5556
3    Telephone: (213) 426-6900
     Facsimile: (213) 426-6921
4
     Attorneys for Plaintiff
5    NATIONAL LEAGUE OF POSTMASTERS

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10

11   NATIONAL LEAGUE OF                 CASE NO. CV-03-890 JF
12   POSTMASTERS,
                                        [Assigned to Hon. Jeremy Fogel]
13          Plaintiff,
                                        **NOTICE OF COMPLETION OF
14      v.                              SETTLEMENT AND REQUEST
                                        FOR ENTRY OF ORDER OF
15   TENET HEALTHCARE                   DISMISSAL, WITH PREJUDICE**
     CORPORATION,
16
            Defendant.
17

18

19          TO THE COURT AND COUNSEL OF RECORD, AND TO THE UNITED

20   STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA:

21          PLEASE TAKE NOTICE THAT, pursuant to the Court's Renewed Order of

22   Dismissal dated January 6, 2006, Plaintiff National League of Postmasters, hereby

23   gives notice that all relevant parties have approved the settlement, the agreed

24   consideration for settlement has been delivered and the formal settlement

25   agreement has been executed by the parties.

26   / / /

27   / / /

28

LA/643893v1

                                        1                          CV-03-890 JF

1    Accordingly, Plaintiff requests that the Court enter an Order dismissing this

2    case, with prejudice.

3

4

5    DATED: May 15, 2006    SEDGWICK, DETERT, MORAN & ARNOLD, LLP

6

7                        By: _____

8                        JOSEPH KOURI
                         Attorneys for Plaintiff
9                        NATIONAL LEAGUE OF
                         POSTMASTERS
10

11

12                        **ORDER**

13    Good cause appearing, IT IS SO ORDERED.

14

15

16    Dated: May  17  , 2006    _____

17                        Hon. Jeremy Fogel, Judge
                         United States District Court, Northern
18                        District of California

19

20

21

22

23

24

25

26

27

28

LA/643893v1                                              CV-03-890 JF